**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| EILEEN DEBORAH HARRIS,     ) | |
|       ) | |
| PLAINTIFF     ) | |
|       ) | |
| v.     ) | CIVIL NO. 2:13-CV-124-DBH |
|       ) | |
|       ) | |
| JO-ANN STORES INC.,     ) | |
|       ) | |
| DEFENDANT     ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

A Local Rule 56 pre-filing conference was held on November 25, 2013.

The plaintiff stated that she will not pursue the retaliation claim in Count III of the Complaint. The defendant plans to file a motion for summary judgment on Counts I and II of the plaintiff's Complaint based on the lack of dispute regarding the underlying facts. The plaintiff believes there are factual issues on the age and gender discrimination claims.

The following deadlines were established by agreement:

By January 16, 2014, the defendant will file its motion for summary judgment.

By February 10, 2014, the plaintiff will file her opposition to defendant's motion for summary.

By February 18, 2014, the defendant will file its reply.

**SO ORDERED.**

**DATED THIS 4TH DAY OF DECEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**